**Oscar CANTU, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

No. 28360.

Court of Criminal Appeals of Texas.

June 6, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The appeal is from an order revoking probation and sentencing appellant to serve not less than two nor more than ten years in the penitentiary for the offense of burglary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.